UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA RAMIREZ, on behalf of N.R., <br><br>Plaintiff, <br><br>v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>Defendant. | No.  1:21-cv-00109-EPG <br><br><br>ORDER STAYING CASE AND CONCERNING GUARDIAN AD LITEM ISSUE |

On January 26, 2021, Plaintiff Susana Ramirez, on behalf of N.R., filed a Social-Security complaint (ECF No. 1) and a motion to appoint herself as guardian ad litem, (ECF No. 3). For the reasons described in its order, the Court denied, without prejudice, Plaintiff's motion to appoint herself as guardian ad litem. (ECF No. 9).

It is the Court's current practice to stay Social-Security cases upon their filing, pursuant to General Order Number 615. However, the Court is aware that N.R. is a minor and may require a guardian ad litem to pursue this action. (*See, generally,* ECF No. 9). Therefore, the Court will enter a stay in this action, other than with respect to the appointment of a guardian ad litem and with respect to the effectuation of service of process.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to General Order Number 615, this action has been stayed pending further order of the court, other than as specifically set forth in this order.

2. This stay does not prevent the Marshal from effecting service of process.

3. Within seven days, Plaintiff shall file either (1) a renewed motion for the appointment of a guardian ad litem or (2) a motion for the Court to enter another appropriate order to protect N.R.

IT IS SO ORDERED.

Dated:  **February 1, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE